Jason KOKINDA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 266, 2016

Supreme Court of Delaware.

Submitted: August 30, 2016

Decided: November 17, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N16M-03-197

DISMISSED. REMANDED.